AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Lucas John POBUTKIEWICZ<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)  Case No.  1:26-MJ-00057<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 24-25, 2025 _____ in the county of _____ Grand Traverse _____ in the _____ Western _____ District of _____ Michigan _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a); | Sexually exploited a child; |
| 18 U.S.C. § 2423(b) | Travelled with the intent to engage in illicit sexual conduct |

This criminal complaint is based on these facts:

See continuation.

☑ Continued on the attached sheet.

> The Court processed the complaint remotely.  The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail).  The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail).  The process complied with Rules 3 and 4.1.

_____
*Complainant's signature*

HSI SA Todd Wilton
_____
*Printed name and title*

Date: ___ February 11, 2026 ___

_____
*Judge's signature*

City and state:  Grand Rapids, Michigan

Sally J. Berens, U.S. Magistrate Judge
_____
*Printed name and title*