## CONTINUATION OF CRIMINAL COMPLAINT

I, Special Agent Todd Wilton, being first duly sworn, hereby state:

1. I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), assigned to HSI Sault Ste. Mare, Michigan, hereinafter referred to as HSI Sault Ste. Marie, and have been so employed since October of 2008. As part of my duties as an HSI SA, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251(a) and 2252A. I have received training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8)) in many forms of media, including computer media. In connection with such investigations, I have served as case agent, have been the affiant of several search warrants and complaints, conducted interviews of defendants and witnesses, and have served as an undercover agent in online child exploitation cases. I have attended specialized courses involving child exploitation and covert online chatting. I have participated in numerous investigations involving human trafficking, child exploitation, online child enticement, and child pornography.

2. The following facts and circumstances are based on my personal knowledge, as well as the investigations of other law enforcement officers. I have not set forth all of the information known to me or known to other law enforcement officers concerning this matter.

3. The following statement is submitted for the limited purpose of obtaining an arrest warrant for Lucas John POBUTKIEWICZ for violations of 18 U.S.C. §§ 2251(sexual exploitation of a child) and U.S.C. § 2423(b) (travelling with the intent to engage in illicit sexual conduct). Illicit sexual conduct is defined at 18 U.S.C. § 2423(f) and includes "a sexual act … with a person under 18 years of age."

## PROBABLE CAUSE

4. On November 14, 2025, the Grand Traverse County Sheriff's Office (GTCSO), Traverse City, Michigan received a complaint concerning a pregnant 13-year-old minor victim (hereinafter referred to as MV-1) in Traverse City, Michigan. Detectives, assigned to the GTCSO, contacted MV-1's mother who stated that the father of the unborn baby is possibly someone named "Lucas." MV-1's mother stated that she has never met "Lucas." MV-1's father voluntarily relinquished MV-1's cellular telephone to the GTCSO and provided written consent for forensic analysis. The analysis led to the discovery of electronic communications between an adult suspect from New York, identified as Lucas POBUTKIEWICZ, and MV-1. In addition, the analysis and subsequent forensic interviews of MV-1 determined that POBUTKIEWICZ knew MV-1 was 13, traveled to Traverse City, Michigan on October 24, 2025, for one night, transported MV-1 to an identified hotel and engaged her in criminal sexual conduct on multiple occasions. POBUTKIEWICZ video recorded his engagement with MV-1 on one occasion with her cellular telephone and had her send the video to his cellular telephone via Snapchat or SMS message.

**Videos and Images from MV-1's Phone**

5. The GTCSO conducted a forensic analysis of MV-1's cellular telephone, which is a Samsung S911U. It was manufactured outside of the State of Michigan.

6. The GTCSO discovered the following images and video on MV-1's cellular telephone:

   a. This image is titled "Snapchat-1200066605.jpg" and was produced on October 24, 2025. This image depicts POBUTKIEWICZ[1] and MV-1 from the areas of their stomachs upward and facing the camera. MV-1 and the male appear nude, and she is leaning against him. POBUTKIEWICZ's left hand is placed upon MV-1's right

---

[1] Agent Note: I was able to determine that this was POBUTKIEWICZ by using phone records, Secretary of State records, as well as confirmation from the victim.

    breast.  The image depicts POBUTKIEWICZ's with a beard and tattoos on his chest and left arm.

b. This video is titled "20251025_104832.mp4" and is 37 seconds in length.  This video was produced on October 25, 2025.  This video depicts MV-1 from behind wearing only a pink and black leopard print tank-top style shirt.  MV-1 is leaning on her left elbow, right hand and her knees backwards upon a gray colored chair thus exposing her buttocks and anus.  An adult Caucasian male[2] is depicted from his stomach downward wearing a gray colored long sleeved shirt pulled upward above his stomach and what appears to be pants and underwear pulled downward around his ankles thus exposing his erect penis is standing behind MV-1 and engaging her in vaginal intercourse.  During the video, the male pulls MV-1's head backwards via her hair with his left hand and simultaneously exposes her face to the camera.  The adult male appears to have produced this video.

c. This image is titled "Screenshot_20251101_204235_Snapchat.jpg" and was produced on November 2, 2025.  This image depicts POBUTKIEWICZ from his chest upward and facing the camera.  POBUTKIEWICZ is wearing a black long-sleeved shirt.

d. This image is titled "Screenshot_20251108_020753_Gallery.jpg" and was produced on November 8, 2025.  This image depicts a collage of 12 images that depict POBUTKIEWICZ and MV-1.  Six of the images depict POBUTKIEWICZ and MV-1 together to include two images that depict them kissing.  One other image is a duplicate of the image previously documented in paragraph 6a of this affidavit.  One

---

[2] Agent Note: I determined this male was POBUTKIEWICZ because the background of the video is the same hotel room as seen in the other videos where POBUTKIEWICZ shows his face. Additionally, MV-1 confirmed the person in the video was POBUTKIEWICZ.

       other image depicts a screenshot of the video previously documented in paragraph 6b of this affidavit.

       e. This image is titled "Screenshot_20251109_082951_ChatGPT.jpg" and was produced on November 9, 2025. This image depicts two pink and white colored pregnancy tests that indicate positive responses.

**Victim Forensic Interview**

7. On November 17, 2025, MV-1 was forensically interviewed at the Traverse Bay Children's Advocacy Center, 2000 Chartwell Drive, Suite #3, Traverse City, Michigan. MV-1 made the following statements in sum, but not verbatim:

       a. That she identified the adult male depicted in the image titled "Snapchat-1200066605.jpg" as previously documented in paragraph 6a of this affidavit as "Lucas."

       b. That "Lucas" met her via her former boyfriend on Snapchat.

       c. That she told "Lucas" that she was 13 years of age via Snapchat.

**October 24-25 Meeting**

8. The GTCSO discovered that on October 24 and 25, 2025, two telephone calls were made between MV-1's and POBUTKIEWICZ's telephone numbers and that MV-1's cellular telephone was geolocated at the Parkshore Resort, 1401 US 31 North, Traverse City, Michigan.

9. On November 17, 2025, the GTCSO visited the Parkshore Resort as previously documented in paragraph 23 of this affidavit and confirmed that POBUTKIEWICZ reserved a room on October 22, 2025, with a check-in date of October 24, 2025 and a check-out date of October 25, 2025. The resort confirmed that POBUTKIEWICZ stayed in room #327, provided a copy of the invoice for the lease of the room and video surveillance video dated October 24, 2025 at 2:07:16 (EST) that depicts

POBUTKIEWICZ at the front desk of the resort upon checking into his room. The receipt indicates the following information:

   a. "Lucas POBUTKIEWICZ"

   b. Email: lukeman987@icloud.com

   c. Street Address: "4251 Stepping Stone"

   d. Province/State: New York

   e. Postal/Zip Code: "130904"

10. The GTCSO visited room #327 and determined that the furniture appears the same as the furniture depicted in the background of the image titled "Snapchat-1200066605.jpg" as previously described in paragraph 6a of this affidavit. The resort identified POBUTKIEWICZ's vehicle as black Chevrolet Silverado pickup truck bearing New York registration number "KZC5425." The GTCSO verified that this vehicle is registered to POBUTKIEWICZ.

11. During the course of my investigation, supporting federal and local law enforcement partners queried law enforcement license plate reader databases and determined that POBUTKIEWICZ had traveled from the State of New York to the Western District of Michigan on October 24, 2025 and returned to New York on October 25, 2025. License plate reader data revealed that the vehicle's license plate was captured at multiple locations along the route of travel, consistent with POBUTKIEWICZ's journey to and presence at the Parkshore Resort in Traverse City, Michigan.

## **CONCLUSION**

12. Based upon the above information, I respectfully submit that there is probable cause to believe that Lucas POBUTKIEWICZ sexually exploited a child in violation of 18 U.S.C. § 2251(a), and travelled with the intent to engage in illicit sexual conduct with a minor child, in violation of 18 U.S.C. §§ 2423(b).