UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

LUCAS JOHN POBUTKIEWICZ

           Defendant.

_____/

          **INDICTMENT**

The Grand Jury charges:

### Sexual Exploitation of a Minor

On or about October 24 and 25, 2025, in Grand Traverse County, in the Southern Division of the Western District of Michigan,

LUCAS JOHN POBUTKIEWICZ

knowingly used, persuaded, induced, and enticed, a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct and such visual depictions were produced using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means.

Specifically, the defendant used, persuaded, induced, and enticed, MV-1, who was 13 years old, to engage in sexually explicit conduct for the purpose of recording it on a Samsung S911U cellphone, which was manufactured outside of the State of Michigan.

18 U.S.C. § 2251(a) and (e)

## **FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. §  §2251, as charged in this Indictment,

LUCAS JOHN POBUTKIEWICZ

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. §§  2252A or §2251; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including but not limited to an iPhone 14 Pro (D73AP, iPhone15,2), an iPhone 11 (N104AP, iPhone12,1), and an iPhone 16 Pro (D93AP, iPhone17,1).

18 U.S.C. § 2253
18 U.S.C. § 2252A
18 U.S.C. § 2256                              A TRUE BILL

[ /s/ Redacted ]

TIMOTHY VERHEY                    _____
United States Attorney               GRAND JURY FOREPERSON

_____
CONSTANCE TURNBULL
Assistant United States Attorney

2