UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LUCAS JOHN POBUTKIEWICZ,

      Defendant.

_____/

Case No. 1:26-CR-22

Hon. Paul L. Maloney
United States District Judge

## DEFENDANT LUCAS POBUTKIEWICZ'S UNOPPOSED
## MOTION FOR ENDS OF JUSTICE CONTINUANCE

Defendant Lucas Pobutkiewicz, through his attorney, Heath Lynch, moves this Court for an ends of justice continuance of at least ninety (90) days of the final pretrial conference and trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) and Rule 23.2 of the Local Rules of Practice and Procedure for the United States District Court for the Western District of Michigan. Mr. Pobutkiewicz relies upon and incorporates the law in the accompanying brief in support of this motion.

      Respectfully Submitted,

Dated:  April 13, 2026

*/s/ Heath M. Lynch*
HEATH M. LYNCH
SBBL LAW, PLLC
60 Monroe Center St. NW, Suite 500
Grand Rapids, Michigan 49503
(616) 458-5500
heath@sbbllaw.com