# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LUCAS JOHN POBUTKIEWICZ,

      Defendant.

_____/

Case No. 1:26-CR-22

Hon. Paul L. Maloney
United States District Judge

## CONSENT TO ADJOURNMENT

I understand that I have a right to a speedy trial pursuant to 18 U.S.C. § 3161. I have discussed this right with my attorney. I understand that my attorney will be asking the Court for a continuance of the present trial date because additional time is needed. I voluntarily agree to this continuance and agree that it is in my interest to do so. I also believe it is in the interest of justice for a continuance to be granted.

Dated: 7/16/26

Lucas Pob
Lucas Pobutkiewicz, Defendant