UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                            Case No. 1:26-cr-22

v.

                                            HONORABLE PAUL L. MALONEY

LUCAS JOHN POBUTKIEWICZ,

      Defendant.

_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

This matter is before the Court on Defendant's request for an ends of justice continuance. Currently, the final pretrial conference is scheduled for August 3, 2026, and the jury trial is scheduled for August 18, 2026. The request for a continuance was made to allow additional time to obtain outstanding discovery, review discovery recently received, and review cell phone extractions. Defendant has consented to the request for a continuance (ECF No. 26). The Government does not oppose the request (ECF No. 25).

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Having considered the factors under § 3161(h)(7)(B) and the circumstances set forth in the motion, the Court finds that the additional time needed is warranted, and a miscarriage of justice would result absent the continuance. *See* 18 U.S.C. § 3161(h)(7)(B)(i),(B)(iv). Therefore,

**IT IS HEREBY ORDERED** that Defendant's Motion for Ends of Justice Continuance (ECF No. 23) is GRANTED.  The final pretrial conference is rescheduled to **October 13, 2026 at 3:00 p.m.**  The jury trial is rescheduled to **October 20, 2026 at 8:45 a.m.**.

Dated:  July 22, 2026                                             /s/  Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge